FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OCT 22 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. **2:07cr244-MHT** |
| v. | ) | [18 USC § 641] |
| | ) | |
| DONNA DENISE ENGLAND | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

Beginning in or about June 4, 2005, and continuing through in or about July 22, 2005, in Montgomery County, Alabama, within the Middle District of Alabama,

DONNA DENISE ENGLAND,

defendant herein, did embezzle, steal, purloin and knowingly convert to her own use money and things of value of the United States, and of a department and agency thereof, in an amount in excess of $1,000, to wit: she issued personal checks to the Army Air Force Exchange Service which she then well knew would be insufficient and said checks totaled $4,837.77. All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Jerusha T. Adams
Assistant United States Attorney