IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-244-MHT** |
| | ) | |
| **DONNA D. ENGLAND** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **DONNA D. ENGLAND**, in the above-styled matter.

Dated this 9th day of November 2007.

    Respectfully submitted,

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099
    FAX:  (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha T. Adams, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                                    **s/Christine A. Freeman**
                                                    **CHRISTINE A. FREEMAN**
                                                    **TN BAR NO.: 11892**
                                                    Federal Defenders
                                                    Middle District of Alabama
                                                    201 Monroe Street, Suite 407
                                                    Montgomery, AL 36104
                                                    TEL:  (334) 834-2099
                                                    FAX:  (334) 834-0353
                                                    E-Mail: Christine_Freeman@fd.org