IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JAN 28 P 3: 33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| V. | ) CASE NO: 2:07-CR-244-MHT |
| | ) |
| DONNA D. ENGLAND | ) |

### NOTICE OF FILING PSYCHOLOGICAL EVALUATION

COMES NOW the Defendant, Donna D. England, by and through undersigned counsel, Christine A. Freeman, and respectfully notifies this Court that he has filed the attached Psychological Evaluation by Dr. Catherine Boyer.

Respectfully submitted,

Christine Freeman /pvk
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-244-MHT |
| | ) | |
| DONNA D. ENGLAND | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 28th day of January 2008, served a copy of the foregoing by facsimile and U.S. Mail, upon the following:

Jerusha Adams, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

                                                Respectfully submitted,

                                                *Christine Freeman/pvk*
                                                CHRISTINE A. FREEMAN
                                                TN BAR NO.: 11892
                                                Federal Defenders
                                                Middle District of Alabama
                                                201 Monroe Street, Suite 407
                                                Montgomery, AL 36104
                                                TEL:   (334) 834-2099
                                                FAX:   (334) 834-0353
                                                E-Mail: Christine_Freeman@fd.org