IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-244-MHT |
| | ) | |
| **DONNA D. ENGLAND** | ) | |

<u>NOTICE OF APPEARANCE</u>

**COMES NOW** the undersigned counsel, Patricia Kemp , and enters her appearance on behalf of Defendant, **DONNA D. ENGLAND,** in the above-styled case.

Dated this 22nd day of April 2008.

Respectfully submitted,

<u>s/Patricia Kemp</u>
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: patricia_kemp@fd.org

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 2:07-CR-244-MHT** |
| | ) | |
| **DONNA D. ENGLAND** | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on April 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha T. Adams, AUSA, 131 Clayton Street, Montgomery, AL 36101.

    Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org