**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-244-MHT** |
| | ) | |
| **DONNA D. ENGLAND** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, **DONNA D. ENGLAND,** by and through undersigned

counsel, Christine A. Freeman,  and notifies the Court of her intent to change her previously

entered plea of not guilty to guilty, pursuant to a plea agreement made in compliance with

F.R.Cr.P. 11(c)(1)(C).  The Defendant waives her right to plea in front of a district judge and

consents to do so before a magistrate judge.

Dated this 25th day of April 2008.

Respectfully submitted,


**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha Adams, Esquire, Assistant United States Attorney, Montgomery, Alabama 36104.

> **s/Patricia Kemp**
> **PATRICIA KEMP**
> **ASB-4592-R80K**
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:   (334) 834-2099
> FAX:   (334) 834-0353
> E-Mail: patricia_kemp@fd.org