IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-244-MHT |
| | ) | |
| DONNA D. ENGLAND | ) | |

## NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION

The Defendant, **Donna D. England**, gives notice of the filing of the following exhibits in support of her sentencing position:

## TABLE OF EXHIBITS

**Exhibit Number**      **Exhibit Name**

**Education**

1.          Mrs. England's High School Diploma from Robert E. Lee High School;

2.          Photograph of Mrs. England with Her Brother and Sister in Law on Their High School Graduation Day;

**Family Photographs**

3.          Photograph of Mrs. England and Arthur England on Their Wedding Day in 2001;

4.          Photograph of Mrs. England's Sister in Law and Nephews;

5.          Photograph of Mrs. England's Mother, Sister and Father in 2005;

6.          Photograph of Mrs. England with Other Residents of the House of Love & Mercy Rehabilitation Center ;

7.          Photograph of Mrs. England in 2000.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-CR-244-MHT** |
| | ) | |
| **DONNA D. ENGLAND** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **Jerusha T. Adams, Esq.**, Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

Respectfully submitted,

**s/Patricia Kemp**
**PATRICIA KEMP**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org

2

# EDUCATION



# Montgomery County Public School

Montgomery, Alabama

This Certifies That

## Donna Denise McCray

Having completed the Course of Study prescribed by the Board of Education for the High Schools of Montgomery County, is awarded this

### Diploma

issued by the

## Robert E. Lee High School

Montgomery, Alabama

In Witness Whereof we have affixed our signatures at Montgomery, Alabama, this second day of June, 1978

Chairman Board of Education

Superintendent

Principal



DEFENDANT'S EXHIBIT



Mrs. England, her brother, Robert McCray, Jr., and her sister-in-law, Yvette Melson-McCray, on their high school graduation day, June 1, 1978

Robert McCray, Jr.

Sister-in-law
Yvette Melson-McCray

Mrs. England

DEFENDANT'S
EXHIBIT
2

# FAMILY PHOTOGRAPHS

Mrs. England and Mr. Arthur England on their wedding day in June of 2001

Best man:
Ben Hendrix

Matron of honor:
Diann Edwards

Arthur
England

Donna
England

Mrs. England's mother:
Savannah Witcher

Mrs. England's sister:
Agnes McCray

Mrs. England's father:
Robert McCray

tabbies

DEFENDANT'S
EXHIBIT

3



Mrs. England's sister-in-law, Yvette Melson McCray, and her sons, Mickey and Derrick McCray

**DEFENDANT'S EXHIBIT**

4



Photograph of Mrs. England's mother, sister, and father in November of 2005

Mother,
Savannah Witcher

Sister,
Agnes McCray

Father,
Robert McCray

tabbies®

DEFENDANT'S
EXHIBIT

5

CALLED BACK TO HOLINESS

Mrs. England

Mrs. England with the other women at House of Love and Mercy Drug Rehabilitation Facility

DEFENDANT'S EXHIBIT

6

tabbies

Photograph of Mrs. England taken in 2000



DEFENDANT'S
EXHIBIT

7